IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA

DISASTER KLEENUP INTERNATIONAL, LLC, a Delaware limited liability company, and DKI IP LLC, a Delaware limited liability company,

    Plaintiffs,

vs.

EAST CAROLINA RESTORATION, INC., a North Carolina corporation,

    Defendant.

Case No. 4:12-cv-16-FL

**ORDER OF DISMISSAL WITH PREJUDICE**

Based upon the Stipulated Dismissal with Prejudice filed by Plaintiffs Disaster Kleenup International, LLC, and DKI IP, LLC, and Defendant East Carolina Restoration, Inc., and for good cause shown, the Court hereby orders that the causes of action asserted by Plaintiffs against East Carolina Restoration, Inc. in the above-captioned matter are hereby dismissed with prejudice, each party to bear its own costs, fees, and expenses in connection with this matter.

DATED this 27th day of March, 2012.

BY THE COURT

_____
LOUISE W. FLANAGAN
United States District Judge

Approved as to Form:

*East Carolina Restoration, Inc.*