# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF NORTH CAROLINA

DISASTER KLEENUP INTERNATIONAL,
LLC, a Delaware limited liability company , and
DKI IP LLC, a Delaware limited liability
company,

   Case No. 4:12-cv-16-FL

  Plaintiffs,

**ORDER OF DISMISSAL WITH
PREJUDICE**

vs.

EAST CAROLINA RESTORATION, INC., a
North Carolina corporation,

  Defendant.

Based upon the Stipulated Dismissal with Prejudice filed by Plaintiffs Disaster Kleenup International, LLC, and DKI IP, LLC, and Defendant East Carolina Restoration, Inc., and for good cause shown, the Court hereby orders that the causes of action asserted by Plaintiffs against East Carolina Restoration, Inc. in the above-captioned matter are hereby dismissed with prejudice, each party to bear its own costs, fees, and expenses in connection with this matter.

  DATED this 27th day of _March_____, 2012.

       BY THE COURT

       _____
        LOUISE W. FLANAGAN
        United States District Judge

Approved as to Form:

_East Carolina Restoration, Inc._